Case 1:19-cv-08014-GBD Document 15 Filed 02/25/20 Page 1 of 1

DocuSign Envelope ID: B84FE501-DDBE-4466-B6AD-8A99F7D93521

**EXHIBIT B**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM-RIOS, <br><br> Plaintiff, <br><br> v. <br><br> LANE BRYANT, INC., <br><br> Defendant. | 1:19-cv-08014-GBD <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lynette Tatum-Rios ("Plaintiff") and Lane Bryant, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: January 9, 2020

LIPSKY LOWE

By: _____
Douglas Lipsky
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
Phone: 212.392.4772
Email: doug@lipskylowe.com

*Attorneys for Plaintiff*

**SO ORDERED:**

Dated: FEB 2 5 2020, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

_____
United States District Judge